# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IVAN FOSTER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-4820** |
| | : | |
| **U.S. DEPARTMENT OF** | : | |
| **VETERANS AFFAIRS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 8th day of January, 2024, upon consideration of Plaintiff Ivan Foster's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____
**KELLEY BRISBON HODGE, J.**